## EX PARTE GUSTON.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for appellant. R. C. BRICKELL, for appellee.

McCLELLAN, J.—Petition for certiorari to review judgment and decision of Court of Appeals in *Guston v. State,* 10 Ala. App. 171, 65 South. 302. Writ denied.

All the Justices concur.

---

## EX PARTE HARWELL.
(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

W. H. & J. R. THOMAS, for appellant. JOHN R. TYSON, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeals in *Harwell v. Atlantic C. L. Ry. Co.,* 10 Ala. App. 587, 65 South. 711. Petition dismissed by agreement of parties.